**UNITED STATES of America, Plaintiff–Appellee**

v.

**Daniel SOSA, also known as Nene, Defendant–Appellant.**

**No. 14–40438 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 6, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Stephen W. Byrne, Corpus Christi, TX, for Defendant–Appellant.

Daniel Sosa, Oklahoma City, OK, pro se.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Daniel Sosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Sosa has filed a response. We

---

have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Sosa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Sosa's motion for the appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.